1454

# CASE ANNOUNCEMENTS
*June 3, 2013*

[Cite as *06/03/2013 Case Announcements*, 2013-Ohio-2236.]

## MOTION AND PROCEDURAL RULINGS

**2012–0725. HIN, L.L.C. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2008-K-2386.
This cause is pending before the court as an appeal from the Board of Tax Appeals.

Upon consideration of appellant's motion for the full court to hear oral argument, it is ordered by the court that the motion is granted.

**2013–0671. Rengel v. Meijer Stores Ltd. Partnership.**
Erie App. No. E–12–050, 2013-Ohio-1088.
This cause is pending before the court as a jurisdictional appeal.

Upon consideration of appellant's application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.